UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY WALKER,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY BELL,<br><br>Defendant. | No. 2:25-cv-1525 CKD P<br><br><br><br>ORDER |

Plaintiff is a Sacramento County Jail inmate proceeding pro se against a Sacramento County Jail employee. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and both parties have consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c). Defendant removed this action from the Sacramento County Superior Court on May 30, 2025. Plaintiff does not object to removal.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Having conducted the required screening, the court finds plaintiff may proceed on a claim arising under the First Amendment against defendant. Defendant will be ordered to file a response to the complaint.

/////

/////

1

1      In accordance with the above, IT IS HEREBY ORDERED that defendant file a response
2  to plaintiff's complaint within 30 days.
3  Dated:  September 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk1525.ans