UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY WALKER, | No. 2:25-cv-1525 CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ANTHONY BELL, | |
| Defendant. | |

On October 2, 2025, defendant filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion to dismiss. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 7, 2025

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk1525.46osc